In the Matter of the Application of MAX FEIG, Appellant, v. HENRY E. BRUCKMAN, Chairman, and Others, Individually and as Commissioners Constituting the STATE LIQUOR AUTHORITY, and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of EXTERIOR STREET REALTY CORPORATION, Respondent, for an Order against JAMES J. LYONS, as President of the Borough of Bronx, and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of DAVID BAER FRIEDMAN (Admitted as DAVID B. FRIEDMAN), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LAWRENCE TERRY, Respondent, v. WILLIAM M. WILLIAMS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, and defendant's time to appear extended to five days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE E. HINKLE and TERRY HINKLE, Respondents, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RUBIN BROS. FOOTWEAR, INC., Respondent, v. SIDNEY FELDSTEIN, Doing Business, etc., and Another, Appellants. (Action No. 1.) RUBIN BROS. FOOTWEAR, INC., Respondent, v. SIDNEY FELDSTEIN, Doing Business, etc., and Another, Appellants. (Action No. 2.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CONCETTA SPINNATO, an Infant, by ANGELINA SPINNATO, Her Guardian ad Litem, v. INTERBOROUGH RAPID TRANSIT COMPANY. GIACINTO SPINNATO v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

TRANSRADIO PRESS SERVICE, INC., v. UNITED PRESS ASSOCIATIONS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; the time of the defendant to answer the complaint extended until twenty days after service of order, with notice of entry thereof. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FRANK A. MAGUIRE and Others v. YELLOW TAXICAB CORPORATION and Another, Impleaded with OSCAR SPECK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 249.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.